**In the United States District Court
for the District of Kansas**

**In re: CCA Recordings 2255 Litigation**,

                Petitioners,

v.

                                                  Case No. 19-cv-2491-JAR-JPO
                                                  (This Document Relates to All Cases)

**United States of America,**

                Respondent.

## **ORDER**

On October 1, 2019, this Court received an unsolicited, unauthorized ex parte communication from a non-party bearing on the substance of pending or impending matters in these proceedings.  The Court immediately conferred with the Committee on Codes of Conduct of the Judicial Conference of the United States, and pursuant to Code of Conduct for United States Judges Canon 3A(4) (2019), discloses to the parties the ex parte communication, attached hereto as Sealed Exhibit A.  Counsel of record shall be granted access to the sealed exhibit.  The parties may respond in writing to this Court, under seal, within fourteen (14) days of the date of this Order.

    **IT IS SO ORDERED.**

    Dated: <u>October 11, 2019</u>

                                                      S/ Julie A. Robinson
                                                      JULIE A. ROBINSON
                                                      CHIEF UNITED STATES DISTRICT JUDGE