# In the United States District Court
# For the District of Kansas

**In re: CCA Recordings 2255 Litigation,**
    Petitioners,

v.                                                    **Case No. 2:19-cv-2491**
                                                      **(This Document Relates to All Cases)**

**United States of America,**
    Respondent.

## Order Approving Terms of the Inspection

Now on this 20th day of March, 2020, the above matter comes before the Court on the parties' Joint Request for Order Approving Terms of the Inspection.[1]

Having reviewed the motion, and being familiar with the case history, this Court finds good cause to approve the following agreed-upon terms for the inspection of a forensic image of a decrypted copy of Agent Jeff Stokes's computer (the Computer):

1. The Kansas Bureau of Investigation (KBI) will create a forensic image of the Computer (the Image). The KBI anticipates this process will take approximately 2–5 days.

2. The KBI will search the Image for stored surveillance video from Corrections

---

[1] Doc. 103.

Corporation of America (CCA).[2] It will also search the Image for any "data/metadata" that "shows when, for what length of time, and what"[3] video Agent Stokes reviewed between May 17, 2016,[4] and June 21, 2017,[5] in connection with the installation or use of the PELCO Media Player, the PELCO Media Plugin, the DX8100 Client, or any other software capable of playing CCA surveillance video.[6] This includes any data or metadata indicating Agent Stokes accessed "DVR # 6."[7] The KBI anticipates this process will take approximately 3–6 weeks.

3. The KBI shall use its Axiom program, through which it will create a portable Case, so that it can export the search results to be analyzed by the FPD's and government's experts using their preferred methods or programs. The KBI certifies that if one or more of the following file types are not supported by Axiom artifacts, it will add the file type or types to Axiom's Custom file types for purposes of inspecting

---

[2] CCA—which is now called CoreCivic—is a private detention facility located in Leavenworth, Kansas. This motion refers to the facility as CCA to avoid confusion. *See* Doc. 758 at 3 & n.5, *United States v. Black et al.*, 2:16-cr-20032-JAR.

[3] Doc. 81 at 3 (quoting Doc. 70 at 10).

[4] *See* Doc. 758 at 66, *United States v. Black et al.*, 2:16-cr-20032-JAR ("On May 17, [2016], CCA produced voluminous video recordings from the entire facility, including the attorney visitation rooms, on six DVR hard drives.").

[5] *See* Doc. 70 at 6 ("[O]n June 21, 2017, Agent Stokes submitted his KBI-issued laptop computer to the Evidence Control Center of the KBI Forensic Science Center (FSC).").

[6] *See* https://support.pelco.com/s/article/What-are-the-video-file-extensions-for-a-Pelco- DVR-1538586689358 (listing software used to access video and video snapshots from a Pelco DVR).

[7] *See* Doc. 758 at 66, *United States v. Black et al.*, 2:16-cr-20032-JAR ("[I]ncluded on DVR #6 were seven attorney visitation rooms.").

the Computer: .pev, .pix, and .pck. Once the KBI completes its inspection, it will promptly provide the FPD and the government with the Portable Case. It will also provide the FPD and the government with a complete list of file types supported by Axiom artifacts and a list of any file types it added to the Custom file types for purposes of inspecting the Image.

4. The KBI will coordinate its return of the Computer to the Court's vault with the FPD and the government, and at least one representative from each will be present when the KBI returns the Computer. The KBI will also transfer possession of the Image to the Court at that time.

IT IS SO ORDERED.

Dated March 20, 2020, at Kansas City, Kansas.

<u>s/ James P. O'Hara</u>
James P. O'Hara
U.S. Magistrate Judge