**United States District Court**
**For the District of Kansas**

---

**In re: CCA Recordings 2255 Litigation,**
    Petitioners,

v.                                                        **Case No. 2:19-cv-2491**
                                                                    **(This Document Relates to**
                                                                    **All Cases)**

**United States of America,**
    Respondent.

---

**Order Granting Petitioners' Motion to**
**Take Custody of Materials in the Court's Possession**

---

Now on this 17th day of April, 2020, the above matter comes before the Court on Petitioners' unopposed motion (ECF No. 118) to take custody of a thumb drive (the Thumb Drive) that the government submitted to this Court on August 25, 2016.[1]

Having reviewed the motion, and being familiar with the case history, the Court grants Petitioners' motion and authorizes the Federal Public Defender (FPD) to take possession of the Thumb Drive and copy and inspect its contents. After copying the Thumb Drive, the FPD shall promptly return the original to this Court.

IT IS SO ORDERED.

Dated April 17, 2020, at Kansas City, Kansas.

---

[1] *See* Doc. 135 at 34, *United States v. Black et al.*, 2:16-cr-20032-JAR.

2

 s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge