UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

In re: CCA Recordings 2255 Litigation,

    Petitioners,

v.                                         Case No. 19-cv-2491-JAR

United States of America,

    Respondent.

## ORDER

Petitioners have filed a motion for an extension of the period in which they may file motions for discovery (ECF No. 138). The current deadline for the filing of such motions is May 4, 2020. Petitioners contend, however, that "until the government produces the information Petitioners have already requested, [they] cannot realistically determine what information [they] must request in response" or "which individuals [they] need[] to depose."[1] Petitioners seek an extension until July 20, 2020—which is 19 days after the government's deadline to produce discovery—to file any additional motions for discovery.

The government responds that any need for an extension is hypothetical at this point. The court agrees. There is no indication the discovery defendants produce will include any unexpected information that will necessitate follow-up discovery. If, after receiving the

---

[1] ECF No. 138 at 3.

government's discovery, petitioners feel they need limited follow-up discovery, they may at that time attempt to show good cause for extending the deadline.  Without any specific information before it, the court declines to grant petitioners a general extension for all discovery motions.

    IT IS SO ORDERED.

    Dated May 13, 2020, at Kansas City, Kansas.

                                                 s/ James P. O'Hara
                                                 James P. O'Hara
                                                 U.S. Magistrate Judge