## In the United States District Court
## For the District of Kansas

**In re: CCA Recordings 2255 Litigation,**
    Petitioners,

v.                                                **Case No. 2:19-cv-2491 (This**
                                                **Document Relates to All Cases)**

**United States of America,**
    Respondent.

### Petitioners' Notice of Errata

Petitioners have previously alleged that the government maintained copies of video-recorded attorney-client meetings on a computer (the AVPC) used by Litigation Support Specialist Pauletta Boyd, even after this Court ordered the government to disgorge those recordings.[1] Petitioners have also previously alleged that Special Agent Jeff Stokes maintained copies of such video-recorded attorney-client meetings on his laptop computer.[2]

Petitioners have since concluded that the evidence does not support these allegations. To the extent that Petitioners have individually or collectively advanced these allegations in any filing, they now provide notice of their error and withdraw these allegations.

_____

[1] *See, e.g.*, Doc. 87 at 3, 9–10 (citing Doc. 758 (hereinafter, *Black* Order) at 30, *United States v. Black*, 2:16-CR-20032-JAR).

[2] *See, e.g.*, Doc. 57 at 2 n.5 (citing *Black* Order at 30).

1

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender for the
District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
Email: melody_brannon@fd.org

s/ Kirk Redmond
KIRK C. REDMOND, #18914
First Assistant Federal Public
Defender
117 SW 6th Avenue, Suite 200
Topeka, KS 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
kirk_redmond@fd.org

s/ Lydia Krebs
LYDIA KREBS, #22673
Research and Writing Specialist
117 SW 6th Avenue, Suite 200
Topeka, KS 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
lydia_krebs@fd.org

<u>CERTIFICATE OF SERVICE</u>

I certify that on 08/28/2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all interested parties and:

Stephen McAllister
United States Attorney
District of Kansas
stephen.mcallister@usdoj.gov

Duston Slinkard
First Assistant U.S. Attorney
Chief, Criminal Division
duston.slinkard@usdoj.gov

s/ Melody Brannon
MELODY BRANNON, #17612