| Case Name | Case Nos. | Call/Video/ Both | Plea Agreement/ Rule 11 (c)(1)(C) | Dismissal of 924(c) | Agreement to not file/dismiss 851 | Sent Guideline Range | Sent Rcvd. | Above/Below GL | Improper Re-assignment [1] | Collateral-Attack Waiver by Guilty Plea | Procedural Default | Abandonment of 6A Claim [2] | Time-Barred (28 U.S.C. § 2255(f)(4)) | No Standing to Challenge Conviction [3] | No Standing to Challenge Sentence [4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aguilera, Oscar | 15-cr-20043-JAR-2; 20-cv-02027 | Soundless video | Yes/No | No | No | 292-365 months | 108 months | Below | No | No | Yes | No | No | Yes | No |
| Alvarez, Joshua | 14-cr-20096-JAR-5; 18-cv-2449 | Soundless video | Yes/Yes | No | Yes | 135-168 months | 144 months | Within | No | No | No | No | Yes | Yes | Yes |
| Alvarez, Juan | 14-cr-20096-JAR-5; 19-cv-0227 | Soundless video | Yes/Yes | No | No | 135-168 months | 96 months | Below | No | No | No | No | Yes | Yes | Yes |
| Ayala-Garcia, Adrian | 16-cr-40002-DDC; 18-cv-04103 | Soundless video | Yes/No | Yes | No | 120-121 months | 60 months | Below | Yes | No | No | No | Yes | No | Yes* |
| Bailon-Valles, Manuel | 15-cr-40056-DDC; 18-cv-041000 | Soundless video | Yes/No | No | No | 120 months | 72 months | Below | Yes | No | No | No | Yes | Yes | Yes |
| Bell, Jason | 16-cr-20008-DDC-2; 19-cv-02785 | Soundless video | Yes/No | No | No | 87-108 months | 52 months | Below | Yes | No | Yes | No | No | No | No |
| Birdsong, Jerome | 15-cr-20045-JAR-1; 19-cv-02406 | Soundless video | Yes/Yes | No | Yes | 210-262 months | 144 months | Below | No | No | No | No | Yes | Yes | Yes |
| Blakney, Martez | 15-cr-20086-DDC-1; 18-cv-02454 | Soundless video | Yes/Yes | No | No | 63-78 months | 64 months | Within | Yes | No | No | No | Yes | Yes | No |
| Bradley, Clarence | 16-cr-20014-JAR-4; 20-cv-02002 | Soundless video | Yes/No | No | Yes | 360 months-Life | 150 months | Below | No | No | Yes | No | No | No | No |
| Brown, Vernon | 12-cr-20066-KHV-37; 20-cv-02233 | Audio calls | Trial | No | No | 121-151 months | 120 months | Below | Yes | No | No | No | No | No | Yes |
| Cabral Torres, Fernando | 16-cr-20031-JAR-8; 19-cv-02298 | Soundless video | Yes/No | No | No | 120 months | 60 months | Below | Yes | No | Yes | No | No | No | Yes* |
| Camargo-Simental, Tomasa | 14-cr-40130-DDC-1; 18-cv-04122 | Soundless video | Yes/No | No | No | 57-71 months | 57 months | Within | Yes | No | No | No | Yes | Yes | Yes* |
| Campbell, Damien D. | 16-cr-20011-JAR-1; 18-cv-02414 | Soundless video | Yes/Yes | No | No | 97-106 months | 117 months | Above | No | No | Yes | No | No | No | Yes |
| Carrillo-Elias, Francisco Javier | 16-cr-40003-DDC-1; 18-cv-04086 | Soundless video | Yes/No | No | No | 78-97 months | 48 months | Below | Yes | No | No | No | Yes | No | Yes* |
| Catrell, Ronald | 11-cr-20125-DDC-1; 19-cv-02408 | Audio calls | Yes/Yes | No | No | 87-102 months | 132 months | Above | Yes | No | Yes | No | Yes | No | No |
| Chinchilla, Rosalio | 14-cr-20096-JAR-3; 19-cv-02392 | Soundless video | Yes/No | Yes | No | 210-262 months | 105 months | Below | No | No | No | No | Yes | Yes | No |
| Clark, Enoch | 14-cr-20130-JAR-DJW-2; 19-cv-02410 | Audio calls | Yes/Yes | Yes | No | 120-135 months | 144 months | Above | No | No | No | No | No | No | No |
| Clifton, Julie | 14-cr-20014-KHV-2; 19-cv-02411 | Audio calls | Yes/No | No | No | 262-327 months | 131 months | Below | Yes | No | No | No | No | No | No |
| Crawford, Earnest | 15-cr-10042-CM-JPO-3; 20-cv-02137 | Soundless video | Yes/Yes | Yes | No | 360 months-Life | 108 months | Below | Yes | No | Yes | No | No | Yes | No |
| DeHaven, Jonathan | 16-cr-20041-JAR; 18-cv-2474-JAR | Soundless video | Yes/Yes | Yes | No | 100-125 months | 96 months | Below | No | Yes | Yes | No | Yes | No | No |
| Dillow, Stephen | 14-cr-20028-DDC-1; 18-cv-02458 | Soundless video | Yes/Yes | No | No | 360 months-Life | 120 months | Below | Yes | No | Yes | Yes | Yes | No | Yes |
| Dixon, Dalevon | 14-cr-20130-JAR-DJW-2; 19-cv-02412 | Audio calls | Yes/Yes | Yes | No | 120-135 months | 144 months | Above | No | No | No | No | No | No | No |
| Faulkner, Lee | 14-cr-20096-JAR-6; 18-cv-02452 | Soundless video | Yes/No | No | Yes | 235-293 months | 97 months | Below | No | No | No | No | Yes | Yes | No |
| Felix-Gamez, Ricardo | 15-cr-20042-JAR-2; 18-cv-02487 | Both | Yes/Yes | No | No | 151-188 months | 135 months | Below | Yes | No | No | No | Yes | Yes | Yes |
| Franco, Mario | 15-cr-20061-JAR-8; 18-cv-02415 | Soundless video | Yes/No | No | No | 135-168 months | 87 months | Below | No | No | Yes | No | No | No | No |
| Galvan-Campos, Jesus | 14-cr-20068-JAR-2; 19-cv-02055 | Soundless video | Yes/No | No | No | 292-365 months | 146 months | Below | No | No | Yes | Yes | No | Yes | No |
| Garcia-Velasquez, Jose | 15-cr-20082-CM-1; 18-cv-02457 | Soundless video | Yes/Yes | Yes | No | 60-71 months | 60 months | Within | Yes | No | No | No | Yes | No | Yes* |
| Gerardo-Montenegro, Luis | 15-cr-20032-DDC-1; 18cv-02475 | Soundless video | Yes/No | Yes | No | 135-168 months | 67 months | Below | Yes | No | No | No | Yes | Yes | No |
| Griffin, Damon Douglas | 14-cr-20014-KHV-1; 19-cv-02781 | Audio calls | Yes/No | No | No | Count 1-360-Life; Count 4-Mand. 60 month consecutive | 105 months | Below | Yes | No | Yes | No | Yes | No | No |
| Gutierrez, Daniel | 16-cr-40007-DDC-2; 18-cv-04102 | Soundless video | Yes/No | No | No | 60 months | 60 months | Within | Yes | Yes | Yes | No | No | No | No |
| Harssfell, Tyrssverd | 14-cr-20134-JAR-1; 19-cv-02722 | Soundless video | Yes/Yes | Yes | Yes | 292-365 months | 235 months | Below | Yes | No | No | No | Yes | Yes | No |
| Haupt, Charles | 15-cr-20019-JAR-1; 18-cv-02423 | Soundless video | Yes/No | No | Yes | 248-295 months | 124 months | Below | No | No | Yes | No | Yes | Yes | No |
| Hernandez, John G. | 00-20154-01-JWL; 18-cv-2436-JWL | Soundless video | Plea - No Agreement | No | No | 4-10 months | 6 months | Within | Yes | Yes | No | No | Yes | Yes | Yes |
| Hohn, Steven | 12-cr-20003-JAR-2; 19-cv-02082 | Audio calls | Trial | No | No | 360 months-life | 360 months | Within | Yes | No | Yes | No | Yes | No | No |
| Hollins, Tarone | 15-cr-20100-CM-1; 18-cv-02465 | Soundless video | Yes/Yes | No | No | 63-78 months | 60 months | Below | Yes | No | No | No | Yes | Yes | Yes |
| Hurtado, Nicholas | 15-CR-20032-02-CM; 18-CV-2463-JAR-JPO | Soundless video | Yes/Yes | Yes | No | 100-125 months | 84 months | Below | Yes | No | Yes | Yes | Yes | No | No |
| Irvin, Anthony | 13-CR-20070-CM; 19-cv-2046-JAR-JPO | Audio calls | Yes/No | No | No | 207-228 months | 207 months | Within | Yes | No | No | No | No | No | No |

| Case Name | Case Nos. | Call/Video/ Both | Plea Agreement/ Rule 11 (c)(1)(C) | Dismissal of 924(c) | Agreement to not file/dismiss 851 | Sent Guideline Range | Sent Rcvd. | Above/Below GL | Improper Re-assignment [1] | Collateral-Attack Waiver by Guilty Plea | Procedural Default | Abandonment of 6A Claim [2] | Time-Barred (28 U.S.C. § 2255(f)(4)) | No Standing to Challenge Conviction [3] | No Standing to Challenge Sentence [4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jackson, Brian | 16-CR-20030-JAR; 18-cv-2343-JAR-JPO | Soundless video | Yes/Yes | Yes | No | 151-188 months | 151 months | Within | Yes | No | Yes | Yes | Yes | No | No |
| Johnson, Booker | 15-CR-40064-DDC; 18-CV-4099-JAR-JPO | Both | Yes/Yes | No | No | 168-210 months | 84 months | Below | Yes | No | No | No | Yes | Yes | No |
| Jones, Calvin | 14-cr-20138-CM-01; 18-cv-02554-CM | Soundless video | Yes/Yes | No | No | 30-37 months | 36 months | Within | Yes | No | Yes | Yes | Yes | Yes | Yes |
| Jones, Tanya | 15-20091-01-JAR; 18-CV-2254-JAR-JPO | Soundless video | Yes/No | No | No | 240 months | 45 months | Below | No | No | Yes | No | No | No | No |
| Jordan, Gary | 16-CR-20022-02-JAR; 19-cv-2015-JAR-JPO | Soundless video | Plea - No Agreement | No | No | 271-308 months | 360 months | Above | No | Yes | No | No | No | No | No |
| Kaba, Mamoudou | 15-CR-20092-JAR-1; 19-CV-2372-JAR-JPO | Soundless video | Yes/No | No | No | 121-130 months | 85 months | Below | Yes | No | Yes | Yes | No | Yes | No |
| Krites, Phillip | 15-CR-40078-DDC-1; 18-CV-4096-JAR_JPO | Soundless video | Yes/Yes | No | No | 70-87 months | 60 months | Below | Yes | No | No | No | Yes | Yes | Yes |
| Lolar, Nicholas | 15-CR-20012-JAR-02; 19-CV-2393-JAR-JPO | Soundless video | Yes/Yes | Yes | No | 147-162 months | 240 months | Above | Yes | No | No | No | Yes | No | No |
| Lougee, David | 14-CR-20068-JAR-05; 19-CV-2226-JAR-JPO | Soundless video | Yes/No | Yes | No | 228-270 months | 200 months | Below | Yes | No | Yes | Yes | No | Yes | No |
| Love, Gerren | 15-CR-20098-JAR-01; 19-CV-2732-JAR-JPO | Soundless video | Plea - No Agreement | No | No | 57-71 months | 96 months | Above | No | Yes | Yes | Yes | Yes | Yes | No |
| Marquez, Eladio | 15-CR-20020-JAR-7; 18-CV-2484-JAR-JPO | Soundless video | Yes/Yes | No | No | 57-71 months | 60 months | Within | No | No | No | No | Yes | Yes | Yes* |
| McCambry, Ashawntus | 16-CR-20003-DDC-01; 19-CV-2394-JAR-JPO | Soundless video | Yes/Yes | No | No | 97-106 months | 106 months | Within | Yes | No | No | Yes | Yes | Yes | Yes |
| McDaniel, Joshua | 15-CR-20050-JAR-01; 19-CV-2145-JAR-JPO | Soundless video | Plea - No Agreement | No | No | 77-96 months | 77 months | Within | No | Yes | Yes | No | No | Yes | No |
| McMillon, Christopher | 15-CR-40064-DDC-05; 18-CV-4119-JAR-JPO | Soundless video | Yes/Yes | No | No | 57-71 months | 60 months | Within | Yes | No | No | No | Yes | Yes | Yes |
| Mebane, Darus | 16-cr-20041-JAR; 18-cv-02413-JAR | Soundless video | Yes/Yes | Yes | No | 97-121 months | 84 months | Below | No | Yes | Yes | No | Yes | No | No |
| Meinert, Scott | 14-CR-20035-JAR-01; 18-CV-2455-JAR-JPO | Soundless video | Plea - No Agreement | No | No | 120 months | 120 months | Within | Yes | Yes | No | No | Yes | Yes | No |
| Middleton, Marryssa | 15-CR-40018-DDC-02; 19-CV-4013-JAR-JPO | Soundless video | Yes/Yes | No | No | 360 months-life | 336 months | Below | Yes | No | Yes | No | Yes | No | No |
| Mitchell, William | 13-CR-20051-CM; 17-CV-2380-JAR-JPO | Audio calls | Trial | No | No | 168-210 months | 168 months | Within | Yes | No | Yes | No | No | No | No |
| Montes-Medina, Domingo | 15-CR-20020-JAR-02; 18-CV-2464-JAR-JPO | Soundless video | Yes/Yes | No | Yes | 360-life | 300 months | Below | No | No | Yes | No | No | No | No |
| Morris, Danille | 16-CR-20022-JAR-03; 18-CV-2378-JAR-JPO | Soundless video | Plea No Agreement | No | No | 190-207 months | 200 months | Within | No | Yes | No | No | No | No | No |
| Mumford, Cortez | 15-CR-20069-JAR-01; 19-CV-2395-JAR-JPO | Soundless video | Plea - No Agreement | No | No | 51-63 months | 60 months | Within | No | Yes | Yes | No | Yes | Yes | No |
| Murphy, Michael | 14-CR-20068-JAR-09; 19-CV-2365-JAR-JPO | Soundless video | Yes/No | No | Yes | 151-188 months | 84 months | Below | Yes | No | Yes | No | No | Yes | No |
| Neal, Jason | 15-CR-40005-DDC; 19-CV-4062-JAR-JPO | Soundless video | Yes/Yes | No | No | 30-37 months | 27 months | Below | Yes | No | Yes | No | No | No | No |
| Nunez-Aguilar, Jose | 15-CR-20061-JAR-01; 18-CV-2503-JAR-JPO | Soundless video | Yes/Yes | No | No | 168-210 months | 168 months | Within | No | No | Yes | No | Yes | No | No |
| Odegbaro, Raquel | 16-CR-20001-JAR-01; 18 CV-2416-JAR-JPO | Soundless video | Yes/Yes | No | No | 121-145 months | 75 months | Below | No | No | Yes | No | Yes | No | No |
| Olea-Monarez, Vicencio | 14-CR-20096-JAR-01; 20-CV-2051-JAR-JPO | Soundless video | Trial | No | No | Life plus 30 years | Life plus 30 years | Within | No | No | No | No | No | Yes | No |
| Orduno-Ramirez, Omar | 14-CR-20096-JAR-07; 19-CV-2166-JAR-JPO | Soundless video | Plea - No Agreement | No | No | 188-235 months | 144 months | Below | No | Yes | No | Yes | No | Yes | No |
| Pavone, Shawn | 15-CR-20019-JAR-02; 20-CV-2400-JAR-JPO | Soundless video | Yes/No | No | Yes | 188-235 months | 90 months | Below | No | No | Yes | No | Yes | Yes | No |
| Phommaseng, Petsamai | 14-CR-20014-JAR-13; 15-CR-20006-JAR-01; 15-CR-20020-JAR-05; 18-CV-2477-JAR; 18-CV-2478-JAR-JPO; 18-CV-2479-JAR-JPO | Both | Yes/Yes | No | No | 262-327 months | 180 months | Below | No | No | Yes | Yes | No | Yes | No |
| Piggie, Frenklyn | 10-CR-20145-JAR-01; 19-CV-2414-JAR-JPO | Audio calls | Plea - No Agreement | No | No | 15-21 months | 21 months | Within | Yes | Yes | Yes | No | Yes | No | No |
| Ponce-Serrano, Eduardo | 16-CR-40006-DDC-01; 18-CV-4104-JAR-JPO | Soundless video | Yes/No | No | No | 262-327 months | 192 months | Below | Yes | No | No | No | No | Yes | No |
| Ramirez, Miguel | 15-CR-40059-DDC-02; 19-CV-4059-JAR-JPO | Soundless video | Yes/Yes | No | No | 97-121 months | 42 months | Below | Yes | No | No | No | Yes | Yes | Yes |
| Rapp, Gregory | 14-CR-20067-JAR-01; 18-CV-2117-JAR-JPO | Both | Yes/No | No | Yes | 262-327 months | 120 months | Below | No | No | Yes | No | Yes | Yes | No |
| Redifer, Michael | 12-cr-20003-CM-10; 19-cv-02594-JAR-JPO | Soundless video | Trial | No | No | 360 months-life | 254 months | Below | Yes | No | No | No | No | Yes | No |
| Roark, Jeffrey | 15-CR-20042-JAR-01; 19-CV-2405-JAR-JPO | Audio calls | Yes/No | No | No | 188-235 months | 94 months | Below | Yes | No | No | No | No | No | No |
| Robinson, Robert | 14-CR-20059-JAR-02; 19-CV-2407-JAR-JPO | Soundless video | Yes/Yes | No | No | 151-188 months | 100 months | Below | No | No | No | No | Yes | Yes | Yes |
| Robinson, Robert (Case 2) | 16-CR-20013-JAR-01; 18-CV-2461-JAR-JPO | Soundless video | Yes/Yes | No | No | 151-188 months | 100 months | Below | No | No | No | No | Yes | Yes | Yes |

| Case Name | Case Nos. | Call/Video/Both | Plea Agreement/Rule 11 (c)(1)(C) | Dismissal of 924(c) | Agreement to not file/dismiss 851 | Sent Guideline Range | Sent Rcvd. | Above/Below GL | Improper Re-assignment [1] | Collateral-Attack Waiver by Guilty Plea | Procedural Default | Abandonment of 6A Claim [2] | Time-Barred (28 U.S.C. § 2255(f)(4)) | No Standing to Challenge Conviction [3] | No Standing to Challenge Sentence [4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rodriguez-Torres, Geradis | 15-cr-20038-JAR-2; 18-cv-02462-JAR-JPO | Soundless video | Yes/Yes | No | No | 108-135 months | 60 months | Below | No | No | No | No | Yes | No | Yes |
| Saysoff, Herbert | 14-cr-20096-JAR-10; 18-cv-02570-JAR-JPO | Soundless video | Yes/Yes | No | Yes | 292-365 months | 180 months | Below | No | No | Yes | No | Yes | Yes | Yes |
| Shevlin, David | 15-cr-20099-DDC-1; 18-cv-02501-JAR-JPO | Soundless video | Yes/No | No | No | 180-210 months | 210 months | Within | Yes | No | Yes | Yes | Yes | Yes | No |
| Shutts, Shawn | 14-cr-20014-KHV-11; 18-cv-02453-JAR-JPO | Both | Yes/Yes | No | Yes | 120-135 months | 180 months | Above | Yes | No | No | No | Yes | Yes | Yes |
| Silva, Jessie | 14-cr-20071-JAR-3; 19-cv-02396-JAR-JPO | Soundless video | Yes/No | No | No | 292-365 months | 120 months | Below | No | No | No | No | Yes | Yes | Yes |
| Silva-Cardona, Jose | 14-cr-20096-JAR-4; 19-cv-02397 | Soundless video | Yes/No | No | No | 168-210 months | 78 months | Below | No | No | No | No | Yes | Yes | Yes* |
| Smith, Jacob | 16-cr-20022-JAR-1; 20-cv-02127-JAR-JPO | Soundless video | Plea - No Agreement | No | No | 217-241 | 300 months | Above | No | Yes | Yes | No | No | No | No |
| Sneed, Shawn | 13-cr-40123-JAR-2; 19-cv-04008-JAR-JPO | Audio calls | Yes/Yes | Yes | No | 121-151 months | 84 months | Below | No | No | Yes | No | Yes | No | No |
| Soriano, Jose | 15-cr-20020-JAR-9; 18-cv-02435-JAR-JPO | Soundless video | Yes/Yes | No | No | 210-262 months | 108 months | Below | No | No | No | No | Yes | No | No |
| Soto-Camargo, Nicholas | 14-cr-40129-DD-1; 18-cv-04097-JAR-JPO | Soundless video | Yes/Yes | Yes | No | 360 months-life | 180 months | Below | Yes | No | Yes | No | Yes | No | No |
| Soto-Camargo, Paola | 14-cr-40128-DDC-1; 18-cv-04123-JAR-JPO | Soundless video | Plea - No Agreement | No | No | 235-293 months | 77 months | Below | Yes | Yes | Yes | No | Yes | Yes | Yes* |
| Soto-Salvdivar, Jorge | 15-cr-40060-DDC-1; 18-cv-04094-JAR-JPO | Soundless video | Yes/Yes | Yes | No | 120-135 months | 120 months | Within | Yes | No | No | No | Yes | Yes | Yes |
| Spaeth, Matthew | 14-cr-20068-JAR-6; 19-cv-02413-JAR-JPO | Audio calls | Yes/Yes | Yes | No | 210-262 months | 180 months | Below | Yes | No | Yes | No | No | No | No |
| Tabares-Aviles, Misael | 16-cr-20015-JAR-5; 18-cr-02427-JAR-JPO | Soundless video | Yes/No | No | No | 48 months | 48 months | Within | No | No | Yes | No | No | No | Yes* |
| Tatum, Ataven | 12-cr-2066-KHV-29; 19-cv-02409-JAR-JPO | Audio calls | Yes/Yes | No | Yes | 360 months-life | 270 months | Below | Yes | No | No | No | No | No | No |
| Thurman, Jasen | 16-cr-20091-JAR-2; 19-cv-02398-JAR-JPO | Soundless video | Yes/No | No | No | 188-235 months | 100 months | Below | No | No | Yes | No | Yes | No | No |
| Tillman, Terry | 13-cr-20070-JAR-4; 19-cv-02083-JAR-JPO | Audio calls | Yes/No | No | No | 120-150 months | 120 months | Within | Yes | No | No | No | Yes | No | No |
| Torres-Ayala, Jose | 16-cr-20008-CM-5; 19-cv-02399-JAR-JPO | Soundless video | Yes/Yes | No | No | 108-135 months | 108 months | Within | Yes | No | Yes | No | Yes | No | No |
| Valdez, Hector | 14-cr-20096-JAR-8; 19-cv-02254-JAR-JPO | Soundless video | Plea - No Agreement | No | No | 235-293 months | 235 months | Within | No | Yes | No | No | No | Yes | No |
| Vasquez-Montalvo, Juan | 15-cr-40095-DDC-1; 18-cv-04101-JAR-JPO | Soundless video | Yes/Yes | No | No | 135-168 months | 57 months | Below | Yes | No | Yes | Yes | Yes | No | Yes* |
| Vazquez-Saenzpardo, Antonio | 16-cr-20017-DDC-2; 18-cv-02417-JAR-JPO | Soundless video | Yes/No | No | No | 108-135 months | 81 months | Below | Yes | No | Yes | No | Yes | No | No |
| Velazquez, Victor | 16-cr-20031-CM-3; 20-cv-02254-JAR-JPO | Soundless video | Yes/No | No | No | 262-327 months | 168 months | Below | Yes | No | Yes | No | No | No | No |
| Vera, Jesus | 15-cr-20061-JAR-6; 18-cv-02422-JAR-JPO | Soundless video | Yes/Yes | No | No | 360 months-life | 126 months | Below | No | No | Yes | No | No | No | No |
| Villa-Valencia, Luis | 16-cr-20008-CM-7; 19-cv-02106-JAR-JPO | Both | Yes/No | No | No | 120 months | 78 months | Below | Yes | No | Yes | No | Yes | No | No |
| Viveros-Avecias, Oscar | 16-cr-20031-JAR-2; 20-cv-02431-JAR-JPO | Soundless video | Yes/No | Yes | | 360 months - life + 60 months consecutive | 216 months | Below | Yes | No | Yes | No | No | No | No |
| Warren, Arrick | 13-cr-20081-JAR-1; 19-cv-02220-JAR-JPO | Audio calls | Plea - No Agreement | No | No | 168-210 months | 180 months | Within | Yes | Yes | No | No | No | No | No |
| Webb, Virok | 11-cr-40078-JAR-1; 17-cv-04040-JAR-JPO | Audio calls | Yes/Yes | No | Yes | 360 months-life | 360 months | Within | Yes | No | No | No | Yes | No | No |
| White, Richard | 14-cr-20014-KHV; 18-cv-02459-JAR-JPO | Soundless video | Yes/No | No | No | 120-135 months | 90 months | Below | No | No | No | No | Yes | Yes | Yes |
| Wilson, Timothy | 15-cr-20081-DDC-2; 18-cv-02499-JAR-JPO | Soundless video | Yes/Yes | No | No | 188-235 months | 90 months | Below | Yes | No | No | No | Yes | Yes | Yes |
| Wright, Brandon | 16-cr-20041-JAR; 19-cv-02400-JAR | Soundless video | Yes/No | No | No | 135-147 months | 80 months | Below | No | Yes | Yes | No | Yes | No | No |
| Younger, Quian | 16-cr-40012-DDC-2; 18-cv-04105-JAR-JPO | Soundless video | Yes/Yes | No | No | 188-235 months | 76 months | Below | Yes | No | No | No | Yes | No | No |
| Zamudio, Sergio | 16-cr-20008-CM; 19-cv-02191-JAR-JPO | Soundless video | Yes/No | No | No | 135-168 months | 81 months | Below | Yes | No | Yes | No | No | No | No |

---

[1] Although the Court did not include this defense in its order (Doc. 548), the government includes it for the Court's convenience.

[2] "Yes" indicates the petitioner filed a Rule 41(g) motion alleging Sixth Amendment violations and thereafter waived and abandoned their claim by proceeding with sentencing (in most instances locking in favorable sentences for themselves) and failing to create a record or seek a ruling prior to judgment.  *See* Doc. 474 at 7.

[3] "Yes" indicates the petitioner bases his Sixth Amendment claim(s) on soundless video(s), but pled guilty or was found guilty by a jury before June 1, 2016, when the USAO received the soundless videos at issue.  This defense was not expressly stated in the government's responses or motion for leave to file dispositive motions, but it is jurisdictional and cannot be waived.  *See Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560 (1992); *United States v. Hays*, 515 U.S. 737, 742 (1995).

[4] "Yes" indicates the petitioner either (a) bases his Sixth Amendment claim(s) on soundless video(s), but was sentenced before June 1, 2016, when the USAO received the soundless videos at issue; (b) entered a binding plea agreement to a specific sentence under Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure before June 1, 2016, and was sentenced to the agreed-upon sentence; (c) has been deported (indicated by an * in the "No Standing to Challenge Sentence" column)); or (d) was sentenced to a mandatory minimum sentence, which "the Court does not have authority to reduce," Doc. 474 at 10.  The defenses described in (a) and (b) were not expressly stated in the government's responses or motion for leave to file dispositive motions, but they are jurisdictional and cannot be waived.  *See Lujan*, 504 U.S. at 560; *Hays*, 515 U.S. at 742.