**In the United States District Court**
**For the District of Kansas**

**In re: CCA Recordings 2255 Litigation,**
    Petitioners,

v.

Case No. 2:19-cv-2491 (This Document Relates to Case Nos. 2:16-cr-20016-DDC-4, *United States v. Juan Carlos Ramirez-Gonzalez*, and 2:20-cv-02476, *Juan Carlos Ramirez-Gonzalez v. United States*).

**United States of America,**
    Respondent.

**Notice of Submission of Parties' Joint Fact Sheet**

In accordance with this Court's previous orders, the Federal Public Defender submits the attached joint fact sheet.[1]

    Respectfully submitted,

    s/ Melody Brannon
    MELODY BRANNON, #17612
    Federal Public Defender for the
    District of Kansas
    117 SW 6th Avenue, Suite 200
    Topeka, Kansas 66603-3840
    Phone: 785/232-9828
    Fax: 785/232-9886
    Email: melody_brannon@fd.org

---

[1] Although the parties' joint fact sheets were due on May 22, 2020, Petitioner Juan Carlos Ramirez-Gonzalez didn't become a party to this litigation until after that deadline had already passed. *See* Doc. 111; Doc. 586 & n.1.

1

s/ Kirk Redmond
KIRK C. REDMOND, #18914
First Assistant Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, KS 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
kirk_redmond@fd.org

s/ Lydia Krebs
LYDIA KREBS, #22673
Research and Writing Specialist
117 SW 6th Avenue, Suite 200
Topeka, KS 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
lydia_krebs@fd.org

## CERTIFICATE OF SERVICE

I certify that on 10/26/2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all interested parties and:

Stephen McAllister
United States Attorney
District of Kansas
stephen.mcallister@usdoj.gov

Duston Slinkard
First Assistant U.S. Attorney
Chief, Criminal Division
duston.slinkard@usdoj.gov

s/ Melody Brannon
MELODY BRANNON, #17612