# In the United States District Court
# For the District of Kansas

**In re: CCA Recordings 2255 Litigation**
    Petitioners,

                                         Case No. 2:19-cv-2491
                                         (This Documents Relates to All Cases)

**United States of America,**
    Respondent.

### Petitioners' Motion to Stay their Deadline for Responding to the Government's Motion to Enforce Rule 2's Signature Requirement

Petitioners' response to the government's November 6, 2020 motion to enforce Rule 2's signature requirement is due on November 20, 2020.[1] On November 11, 2020, however, Petitioners asked the Court to order the government to show cause why the Court should not strike the government's November 6, 2020 motion as unauthorized.[2]

The government's response to Petitioners' motion for a show-cause order is due on November 19, 2020, and Petitioners' reply to that response is due on November 23, 2020.[3] In an effort to avoid expending time and resources responding to a motion that the Court may ultimately strike as unauthorized, Petitioners respectfully request that the Court stay their November 20, 2020 response deadline until the Court rules on Petitioners' motion for a show-cause order (and, if the Court orders

---

[1] Doc. 605 (citing Rule 2(b)(5) of the Rules Governing § 2255 Proceedings).
[2] Doc. 608.
[3] Doc. 609.

1

the government to show cause, until the Court determines whether it will strike the government's November 6, 2020 motion).

The government opposes Petitioners' request for a stay.

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender for the
District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
Email: melody_brannon@fd.org

s/ Kirk Redmond
KIRK C. REDMOND, #18914
First Assistant Federal Public
Defender
117 SW 6th Avenue, Suite 200
Topeka, KS 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
kirk_redmond@fd.org

s/ Lydia Krebs
LYDIA KREBS, #22673
Research and Writing Specialist
117 SW 6th Avenue, Suite 200
Topeka, KS 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
lydia_krebs@fd.org

CERTIFICATE OF SERVICE

      I certify that on 11/16/2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all interested parties and:

Stephen McAllister
United States Attorney
District of Kansas
stephen.mcallister@usdoj.gov

Duston Slinkard
First Assistant U.S. Attorney
Chief, Criminal Division
duston.slinkard@usdoj.gov

                                        s/ Melody Brannon
                                        MELODY BRANNON, #17612