**In the United States District Court
for the District of Kansas**

---

**In re: CCA Recordings 2255 Litigation**,
                **Petitioners,**

**v.**
                                              **Case No. 19-cv-2491-JAR-JPO**
                                              **(This Document Relates to All Cases)**

**United States of America,**
                **Respondent.**

---

### ORDER

In its Memorandum and Order dated October 15, 2020, this Court asked the parties for supplemental briefing on issues related to the effect of petitioners' guilty pleas on their Sixth Amendment claims.[1] The Court has reviewed the parties' submissions, which were filed in twenty-three individual cases as identified in petitioners' caption, and agrees that the issues raised are relevant to all cases in this consolidated action involving the government's standard plea agreement.[2] Accordingly, the Court directs the parties to forthwith file their respective supplemental briefs (Doc. 602, followed by Doc. 613) in every additional individual case in which the defendant pleaded guilty pursuant to the standard plea agreement. This additional filing shall be filed in the master case as one pleading with all applicable petitioners named in the caption, as well as in each petitioner's individual corresponding civil cases. No further briefs will be permitted at this time.

    **IT IS SO ORDERED.**

---

[1] Doc. 588 at 55–56.

[2] *See* Doc. 613 at 4 n.2.

Dated: December 9, 2020

                                        S/ Julie A. Robinson
                                        JULIE A. ROBINSON
                                        CHIEF UNITED STATES DISTRICT JUDGE