# In the United States District Court
# For the District of Kansas

**In re: CCA Recordings 2255 Litigation**
     Petitioners,

v.

**United States of America,**
     Respondent.

**Case No. 2:19-cv-2491 (This Document Relates to Case Nos. 2:13-cr-20070-DDC-4,** *United States v. Terry D. Tillman***, and 2:19-cv-02083-JAR-JPO,** *Terry D. Tillman v. United States***)**

## Notice of Submission

Petitioner Terry D. Tillman submits his sworn statement in compliance with the Court's October 15, 2020 order.[1]

                                        Respectfully submitted,

                                        s/ Melody Brannon
                                        MELODY BRANNON, #17612
                                        Federal Public Defender for the
                                        District of Kansas
                                        117 SW 6th Avenue, Suite 200
                                        Topeka, Kansas 66603-3840
                                        Phone: 785/232-9828
                                        Fax: 785/232-9886
                                        Email: melody_brannon@fd.org

                                        s/ Kirk Redmond
                                        KIRK C. REDMOND, #18914
                                        First Assistant Federal Public
                                        Defender
                                        117 SW 6th Avenue, Suite 200
                                        Topeka, KS 66603-3840
                                        Phone: 785/232-9828
                                        Fax: 785/232-9886
                                        kirk_redmond@fd.org

---

[1] Doc. 588 at 59, 61.

2

        s/ Lydia Krebs  
        LYDIA KREBS, #22673  
        Assistant Federal Public Defender  
        117 SW 6th Avenue, Suite 200  
        Topeka, KS 66603-3840  
        Phone: 785/232-9828  
        Fax: 785/232-9886  
        lydia_krebs@fd.org

## CERTIFICATE OF SERVICE

I certify that on 12/14/2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all interested parties and:

Stephen McAllister  
United States Attorney  
District of Kansas  
stephen.mcallister@usdoj.gov

Duston Slinkard  
First Assistant U.S. Attorney  
Chief, Criminal Division  
duston.slinkard@usdoj.gov

        s/ Melody Brannon  
        MELODY BRANNON, #17612